IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        **Plaintiff,** )<br>)<br>vs. )<br>)<br>**JAMIE CHINANA,** )<br>)<br>        **Defendant.** )<br>) | 8:12CR328<br><br>ORDER |

This matter is before the court on the defendant's motion to continue trial [15] as counsel needs additional time to resolve case.   For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for January 2, 2013 is continued to **January 29, 2013.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 29, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 27, 2012.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**